Dean M. Dinner, Esq. , #010216
John E. Parzych, Esq., #026079
**NUSSBAUM GILLIS & DINNER, P.C.**
14850 N. Scottsdale Road, Suite 450
Scottsdale, Arizona 85254
Telephone: (480) 609-0011
Facsimile: (480) 609-0016
ddinner@ngdlaw.com
jparzych@ngdlaw.com

*Attorneys for Debtor/Respondent*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BEEF AND BRITCHENS II, L.L.C.,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>Case No: 2:14-bk-15527-GBN<br><br>**STIPUALTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| LAWRENCE J. PETERSEN 401(k) PROFIT SHARING PLAN,<br><br>Movant,<br><br>v.<br><br>BEEF AND BRITCHENS II, LLC,<br><br>Respondent. | |

Beef and Britchens II, LLC, the Debtor and Respondent ("Respondent"), and the Lawrence J. Petersen 401(k) Profit Sharing Plan, the Movant ("Movant"), hereby stipulate to the following relief to resolve the Respondent's objection to the Movant's <u>Motion for Relief from Stay</u> (the "Motion") filed on November 13, 2014 (Dkt. No. 26). On November 26, 2014, the Respondent filed its Response to the Motion ("Objection") (Dkt. No. 34). Following a continued preliminary hearing held on February 18, 2015 to address the merits of the Motion, the Court set an evidentiary hearing for April 29, 2015. *See*, Dkt No. 48. On April 22, 2015, the Parties reached an agreement to resolve the Objection and the Respondent agreed to stipulate to relief from the automatic stay under the following conditions:

1204212/16615-2

NUSSBAUM GILLIS & DINNER, P.C.
ATTORNEYS AT LAW
14850 N. SCOTTSDALE ROAD, SUITE 450
SCOTTSDALE, ARIZONA 85254
480-609-0011

a. Following entry of an order approving this Stipulation ("Effective Date"), the Movant will cancel the pending non-judicial foreclosure action currently pending in Maricopa County, Arizona related to the following parcel numbers: 1) 401-33-017A; 2) 401-33-016; 3) 401-31-003G; and 4) 401-31-003H (the "Parcels");

b. The Movant agrees to a forbearance of the foreclosure action related to the Parcels for a period of six (6) months following the Effective Date. But in so doing does not waive any default with the note or deed of trust;

c. The Respondent will sign a corrective Deed of Trust currently securing the Parcels to accurately reflect the parties' original intent that the Respondent/Debtor is the Trustor;

d. The Respondent will within forty-five (45) days of the Effective Date, pay all outstanding and unpaid real property taxes assessed to the Parcels, to include the house situated on the subject property which is owned by the Respondent's members, Jim and Susan Fernandez, which is an asset in a separate pending bankruptcy, Case No. 2:14-bk-15530-BKM (the "Fernandez Bankruptcy");

e. As a condition of this Stipulation, Penrod Avenue Investor Group, LLC (the movant to a separate stay relief motion currently pending in the Fernandez Bankruptcy) will agree to withdraw its stay relief motion in the Fernandez Bankruptcy (Dkt No. 33 in Case No. 2:14-bk-15530-BKM) immediately following the Effective Date.

WHEREFORE, the Parties to this matter have reached an agreement to resolve the pending objection to the Movant's Motion and by the terms set forth herein agreeing to stipulate to relief from the automatic stay of 11 U.S.C. § 362(a). The Parties move the Court for entry of an order granting relief from the automatic stay pursuant to the terms set forth in the Stipulation. A proposed form of order accompanies this Stipulation.

NUSSBAUM GILLIS & DINNER, P.C.
ATTORNEYS AT LAW
14850 N. SCOTTSDALE ROAD, SUITE 450
SCOTTSDALE, ARIZONA 85254
480-609-0011

2

DATED April 28, 2015.

NUSSBAUM GILLIS & DINNER, P.C.

/s/ John E. Parzych    JP
Dean M. Dinner
John E. Parzych


BUNTROCK LAW GROUP, PLLC

JP w/ permission
/s/ Janet Spears
Janet Spears

**COPY** of the foregoing emailed
April 28, 2015 to:

Shane D. Buntrock, Esq. (shane@buntrocklaw.com)
Janet M. Spears, Esq. (janet@buntrocklaw.com)
2158 N. Gilbert Rd., #119
Mesa, Arizona 85203
Attorneys for Movant

Patty Chan, Esq. (patty.chan@usdoj.gov)
Office of the United States Trustee
230 N. First Ave., #204
Phoenix, AZ 85003

Lori A. Lewis, Esq. (lewisL01@mcao.maricopa.gov)
Maricopa County Attorney's Office
Civil Services Division
Security Center Building
222 N. Central Avenue, Suite 1100
Phoenix, AZ 85004-2206

Whitney Cunningham, Esq. (wcunningham@awdlaw.com)
ASPEY, WATKINS & DIESEL, PLLC
123 N. San Francisco St., Suite 300
Flagstaff, AZ 86001


Samanta Rivera

NUSSBAUM GILLIS & DINNER, P.C.
ATTORNEYS AT LAW
14850 N. SCOTTSDALE ROAD, SUITE 450
SCOTTSDALE, ARIZONA 85254
480-609-0011

3